# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

CASE NO. 4:16CR153        MINUTES        JUDGE CODE: 3JBC

UNITED STATES of AMERICA

_Jenna Solari_
Counsel for Plaintiff

Plaintiff

vs.

CODY W. MAGEE        STAN FITZGERALD (CJA)

Defendant        Counsel for Defendant

ALSO PRESENT:

**SHERRI F. FLANDERS**   Courtroom Deputy Clerk
**FTR**   Court Reporter
_Mark/Gerry_   U. S. Marshal
9:13-9:21
**BRIAN MILLS**   U. S. Probation

MAY 25, 2016        SAVANNAH, GA
DATE        PLACE

CASE CALLED THIS DATE FOR   INITIAL APPEARANCE & ARRAIGNMENT
CHARGES & MAX. PENALTIES SET OUT BY THE COURT.

RIGHTS ADVISED.

DFT. PLEADS NOT GUILTY; PLEA ENTERED

GOV'T. WILL FOLLOW LIBERAL DISCOVERY POLICY

PRETRIAL MOTIONS DEADLINES SET OUT BY THE COURT; ORDER ENTERED

BOND: _moot - pending state charges_

## VERDICT

We, the jury find the defendant, _____

this_____day of_____, 2016.

_____
Foreman

## PLEA

The defendant, Cody William Magee waives arraignment and pleads not guilty
In open Court, this 24th day of May, 2016.

*Stay Fitzgerald*
Counsel for Defendant

*Cody V. M____*
Defendant

---

CR416-153
No. CR

United States District Court
Southern District of Georgia
Savannah Division

UNITED STATES
vs.
CODY WILLIAM MAGEE and
CHELSEA MAGEE

INDICTMENT
FOR
14 U.S.C. § 88(c)

Filed in open Court this ____ day
of May, 2016.
_____ Deputy Clerk

EDWARD J. TARVER
United States Attorney

USA-40-21-3

---

## PLEA

The defendant(s)_____

_____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open Court this _____ day of _____, 2016.

_____
_____
_____

Witness:

_____
Clerk, United States Courts